JAP:MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPPLEMENTAL AFFIDAVIT |
| - against - | (21 U.S.C. §§ 952(a) and 960) |
| KABIRU ALHASSAN, | 12-M-523 |
| Defendant. | |

- - - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

    TAMIKA COMRIE, being duly sworn, deposes and says that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on June 2, 2012.

    Commencing on or about, June 1, 2012, the defendant KABIRU ALHASSAN passed a total of 79 pellets with a total gross weight of approximately 1215.6 grams of heroin.

WHEREFORE, your deponent respectfully requests that the defendant KABIRU ALHASSAN be dealt with according to law.

								_____
								TAMIKA COMRIE
								Special Agent
								U.S. Department of Homeland Security
								Homeland Security Investigations

Sworn to before me this
5th day of June, 2012

F
U
E

2